IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN MICHAEL HUSZAR, | 1:07-cv-01685-AWI-SMS-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS & RECOMMENDATIONS |
| vs. | (Doc. 14) |
| STATE OF CALIFORNIA, et al., | ORDER DISMISSING ACTION FOR FAILURE TO STATE A CLAIM AND |
| Defendants. | FAILURE TO OBEY A COURT ORDER |
| | ORDER FOR CLERK TO CLOSE CASE |

Shawn Michael Huszar ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 16, 2008, findings and recommendations were entered, recommending that this action be dismissed based on Plaintiff's failure to obey the court's order of April 4, 2008 and failure to state a claim upon which relief can be granted under § 1983. Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire

1

file, the court finds the findings and recommendations to be supported by the record and proper analysis.  The court found that the original complaint did not state a claim, and the court gave Plaintiff notice of the complaint's pleading deficiencies and an opportunity to amend.  See Lopez v. Smith, 203 F.3d 1122 (9th Cir. 2000) (if court determines that complaint fails to state claim, leave to amend may be granted to extent that complaint's deficiencies can be cured);  Noll v. Carlson, 809 F. 2d 1446, 1448 (9th Cir. 1987) (prisoner must be given notice of deficiencies and opportunity to amend prior to dismissing for failure to state a claim).   Plaintiff has failed to comply with the court's order to file an amended complaint.   Thus, this action is subject to dismissal for Plaintiff's failure to state a claim and failure to comply with the court's order that he file an amended complaint.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on May 16, 2008, are ADOPTED in full;

2. This action is DISMISSED in its entirety, based on Plaintiff's failure to comply with the court's order of April 4, 2008, and failure to state a claim upon which relief can be granted; and

3. The Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

**Dated:   July 9, 2008**            /s/ Anthony W. Ishii
                                                          CHIEF UNITED STATES DISTRICT JUDGE